1
2
3
4
5
6
7

8                           UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    CENTRAL VALLEY EDEN                          Case No.  2:22-cv-00509-JDP
      ENVIRONMENTAL DEFENDERS, LLC,
12                                                 ORDER SETTING INITIAL SCHEDULING
                      Plaintiff,                   CONFERENCE
13
              v.
14
      BUILDING MATERIAL
15    DISTRIBUTORS, INC.,

16                    Defendant.

17

18           Pursuant to Federal Rule of Civil Procedure 16, it is hereby ORDERED that:

19           1.  An initial scheduling conference is set for March 16, 2023, at 10:00 a.m.  The

20    conference will be conducted remotely via Zoom.[1]

21           2.  No later than fourteen days prior to the scheduling conference, the parties shall file

22    status reports that address the following:[2]

23                   a.  the factual and legal contentions set forth in the parties' pleadings, briefly

24    summarized;

25                   b.  possible joinder of additional parties;

26                   c.  expected amendment of pleadings and, if applicable, a proposed deadline for

27    _____

      [1] The Zoom invitation will be distributed one week prior to the scheduling conference.
28    [2] The parties are encouraged to file a joint status report.

                                               1

1   such amendment;

2                   d.  jurisdiction and venue;

3                   e.  anticipated motions and their scheduling;

4                   f.  a proposed discovery plan and its scheduling, including deadlines for

5   exchanging initial disclosures and for disclosing expert witnesses;

6                   g.  proposed cutoff dates for completing discovery and dispositive motions, and

7   dates for the pretrial conference and trial;[3]

8                   h.  any proposed changes to the limits on discovery imposed by the Federal Rules

9   of Civil Procedure;

10                   i.  whether the case is related to any other cases, including any bankruptcy cases;

11                   j.  whether an early settlement conference should be scheduled at the initial

12   scheduling conference;

13                   k.  whether the parties will stipulate to the undersigned acting as the settlement

14   judge and waive disqualification from so acting, or whether they prefer to have a different

15   magistrate judge conduct a settlement; and

16                   l.  any other matters that may add to the just and expeditious disposition of this

17   matter.

18           3.  The parties are hereby notified that failure to obey federal or local rules, or any order

19   of this court, "may be grounds for imposition by the Court of any and all sanctions authorized by

20   statute or Rule or within the inherent power of the Court," including dismissal.  E.D. Cal. L.R.

21   110.

22           4.  The parties are reminded of their continuing duty to notify chambers immediately of

23   any settlement or other disposition.  *See* E.D. Cal. L.R. 160.

24

25           [3] The parties are advised that Judge Peterson generally requires that: (1) expert disclosures
26   be completed before the close of fact discovery; (2) all motions to compel discovery be heard
     approximately thirty days before the close of discovery; and (3) all dispositive motions be heard
27   within approximately ninety days of the discovery completion date.  A final pretrial conference
     will be set after resolution of any dispositive motions or passage of the dispositive motion
28   deadline.  A trial date will be determined at the pretrial conference.

IT IS SO ORDERED.


Dated:    January 27, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE