UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTRAL VALLEY EDEN ENVIRONMENTAL DEFENDERS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>BUILDING MATERIAL DISTRIBUTORS, INC.,<br><br>Defendant. | Case No. 2:22-cv-00509-JDP<br><br>**ORDER AFTER HEARING** |

This case was before the court on April 11, 2024, for hearing on defendant's motion to withdraw and amend deemed admissions and plaintiff's motion for leave to file a fourth amended complaint. ECF Nos. 61 & 64. Attorney Chris Johnson appeared on behalf of defendant, and attorneys Craig Brandt and Edward Yates appeared on behalf of plaintiff.

For the reasons state on the record, it is hereby ORDERED that:

1. Defendant's motion to withdraw and amend deemed admissions, ECF No. 61, is granted.

2. Defendant's shall serve amended responses to plaintiff's Request for Admissions, Set Two by no later than April 18, 2024.

3. Plaintiff's motion for leave to file a fourth amended complaint is set for further hearing on May 23, 2024, 10:00 a.m., in Courtroom No. 9.

1

     4.  By no later than May 16, 2024, each party shall file either a supplemental brief or status report.

IT IS SO ORDERED.

Dated:   April 11, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE