Edward E. Yates, Esq.  SB#135138
Law Office of Edward E. Yates
2060 Sutter Street, #403
San Francisco, CA 94115
Telephone:  (415) 990-4805
Email:  eyates@marinlandlaw.com

Craig A. Brandt (SBN 133905)
LAW OFFICE OF CRAIG A. BRANDT
5354 James Avenue Oakland, CA 94618
Telephone: (510) 601-1309
Email: craigabrandt@att.net

Adam D. Brumm, Esq.  SB#257906
Eden Environmental Defenders
1520 E. Covell Blvd, Suite B5-611
Davis, CA  95616
Telephone: (800) 545-7215, Extension 906
Email:  adam@edendefenders.org

Attorneys for Plaintiff
CENTRAL VALLEY EDEN ENVIRONMENTAL DEFENDERS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTRAL VALLEY EDEN ENVIRONMENTAL DEFENDERS, LLC, a California limited liability company,<br><br>             Plaintiff,<br><br>    vs.<br><br>BUILDING MATERIAL DISTRIBUTORS., a California corporation; and DOES 1-10, inclusive,<br><br>             Defendant. | Case No.:  2:22−cv−00509-JDP<br><br>**STIPULATION TO DISMISS ENTIRE ACTION AGAINST ALL DEFENDANTS WITH PREJUDICE; [PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE**<br><br>**FRCP 41(a)(2)** |

STIP to DISMISS – Page 1

Plaintiff Central Valley Eden Environmental Defenders, LLC ("Plaintiff") and Defendant

Building Material Distributors, Inc. ("Defendant"), hereby enter into this Stipulation to Dismiss

Plaintiff's Complaint and all claims against all Defendants with prejudice.

WHEREAS, Plaintiff and Defendant (the "Parties") have entered into a settlement

agreement that achieves a full and final settlement of all Plaintiff's claims against Defendant as

set forth in the Complaints filed in this matter.

WHEREAS, on August 5, 2024, the Parties filed a Notice of Settlement notifying the

Court that the Parties had reached a full settlement to resolve all outstanding issues in this action

("Settlement Agreement").

WHEREAS, on August 2, 2024, Plaintiff served a copy of the Settlement Agreement on

the Department of Justice ("DOJ") for a mandatory 45-day review period under 33 U.S.C. §

1365(c)(3) and 40 C.F.R. § 135.5.   All interested parties agree that the expiration date of the 45-

day review period was September 16, 2024.

WHEREAS, the Parties' Notice of Settlement specified that upon the expiration of the

DOJ's review period, if no objection was lodged by the DOJ, the Settling Parties would stipulate

to and request an order from this Court dismissing with prejudice Plaintiff's claims as to

Defendant.

WHEREAS, the statutory agency review period has expired without any objection being

lodged by the DOJ.  A Notice of Non-Objection was filed with this Court on September 17,

2024.

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the

Parties that Plaintiff's Complaint and all claims against Defendant shall be dismissed with

prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

1

2          The Parties respectfully request an order from this Court dismissing such claims with

3    prejudice, with each side to bear their own attorney fees and costs, except as provided for by the

4    terms of the Settlement Agreement attached hereto as **Exhibit A**.

5

6     Dated:  October 4, 2024

7

8                                   By:    */s/ Craig A. Brandt*

9                                             Craig A. Brandt
                                       Attorney for Plaintiff

10                                          CENTRAL VALLEY EDEN
                                       ENVIRONMENTAL DEFENDERS

11

12    Dated:  October 4, 2024             GORDON REES SCULLY MANSUKHANI, LLP

13

14                                  By:    */s/ Christopher T. Johnson*
                                        *as authorized by counsel per LR 131(e)*

15                                          Brian M. Ledger
                                       Christopher T. Johnson

16                                          Attorneys for Defendants
                                       BUILDING MATERIAL DISTRIBUTORS,

17                                          INC.

18

19

20

21

22

23

24

25

26

27

28

1
2
**[PROPOSED] ORDER**

3    Good cause appearing, and the parties having stipulated and agreed, IT IS HEREBY

4  ORDERED as follows:

5    The Complaint filed in this matter by Plaintiff CENTRAL VALLEY EDEN

6  ENVIRONMENTAL DEFENDERS, LLC, and all claims against Defendant BUILDING

7  MATERIAL DISTRIBUTORS are hereby dismissed in their entirety, with prejudice.

8
9    Each party is to bear their own attorney fees and costs, except as provided for in the

10  Settlement Agreement executed by the Parties on July 31, 2024, a copy of which is filed at ECF

11  No. 93-1 and incorporated herein by reference.

12  PURSUANT TO STIPULATION,

13

14

15  IT IS SO ORDERED.

16

17  Dated:    October 4, 2024                    _____

18                                              JEREMY D. PETERSON
                                                UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28